UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____
18 U.S.C. § 844(i)
18 U.S.C. § 842(p)
26 U.S.C. § 5861(d)

UNITED STATES OF AMERICA

**03-60259-CR-COHN**

vs.

STEPHEN JOHN JORDI,

   Defendant.
_____/



### INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about August 17, 2003, through on or about November 11, 2003, in Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**STEPHEN JOHN JORDI,**

knowingly and maliciously attempted to damage and destroy, by means of fire and an explosive, buildings and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 841(b), that is, facilities at which abortions are performed; in violation of Title 18, United States Code, Section 844(i).

### COUNT 2

On or about September 23, 2003, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**STEPHEN JOHN JORDI,**

knowingly distributed by any means information pertaining to, in whole or in part, the manufacture and use of an explosive and a destructive device, with the intent that the information be used for, and in furtherance of, an activity that constitutes a federal crime of violence, namely, arson, in violation of Title 18, United States Code, Section 844(i); all in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).

## COUNT 3

On or about November 11, 2003, in Miami-Dade County, in the Southern District of Florida, the defendant,

**STEPHEN JOHN JORDI,**

knowingly possessed a firearm, that is, a silencer, which firearm was not registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
JOHN SCHLESINGER
ASSISTANT UNITED STATES ATTORNEY

_____
GERALD GREENBERG
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Stephen John Jordi

**Case No:**

Count #: 1

Attempted malicious damage or destruction by means of fire or explosive of any building

18 USC § 844(i)

**\* Max. Penalty:**   20 years' imprisonment, minimum mandatory 5 years' imprisonment

Count #: 2

Distribution of information pertaining to the manufacture and use of explosive device

18 USC § 842(p)(2)(A)

**\*Max. Penalty:**   20 years' imprisonment

Count #: 3

Possession of firearm which is not registered

26 USC §§ 5861(d) and 5871

**\*Max. Penalty:**   10 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

STEPHEN JOHN JORDI,

    Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

New Defendant(s)    Yes ___   No ___
Number of New Defendants    ___
Total number of counts    ___

**Court Division**: (Select One)

___ Miami    ___ Key West
X   FTL    ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   __No__
   List language and/or dialect  _____

4. This case will take __11__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   | I   | 0 to 5 days    | ___ | Petty   | ___ |
   | II  | 6 to 10 days   | ___ | Minor   | ___ |
   | III | 11 to 20 days  | X   | Misdem. | ___ |
   | IV  | 21 to 60 days  | ___ | Felony  | X   |
   | V   | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No) __Yes__
   If yes:
   Magistrate Case No.  03-3397-JJO
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  November 11, 2003
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Did this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

                                                  _____
                                                  JOHN SCHLESINGER
                                                  ASSISTANT UNITED STATES ATTORNEY
                                                  Florida Bar No. 788716

*Penalty Sheet(s) attached                                                                REV.10/29/03