UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-60259-CR-COHN-SNOW

UNITED STATES OF AMERICA

    Plaintiff,

VS.

STEPHEN JOHN JORDI

    Defendant.
_____/



FILED by _____ D.C.

JUL 0 8 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER DENYING GOVERNMENT'S MOTION FOR UPWARD DEPARTURE

THIS CAUSE came before the Court on Government's Motion for Upward Departure and, being fully advised in the matter, it is

ORDERED AND ADJUDGED that the Government's Motion for upward departure is hereby DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida this 8th day of July 2004.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc:    John Schlesinger, AUSA
       Anne M. Lyons, AFPD
       U.S. Probation