UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:03CR60259-COHN-SELTZER

UNITED STATES OF AMERICA

       Plaintiff,

vs.

STEPHEN JOHN JORDI,

       Defendant.
_____/

## ORDER MODIFYING THE DEFENDANT'S CONDITIONS OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at a hearing held to modify the conditions of supervision as requested by The United States Probation Officer.

The Court finds cause to modify the defendant's conditions of supervised release as requested in the Request for Summons and Modification of the Conditions or Term of Supervision.

**IT IS HEREBY ORDERED** the defendant's conditions of Supervised Release be modified to include the following special conditions:

1) The defendant may access the internet, or other social media and read, post, or communicate information involving reproductive health services but he may not do so to encourage action that would violate 18 U.S.C. §248;

2) Mr. Jordi shall not visit, photograph, preach or distribute literature within 500 feet of any facility known to him to provide reproductive health services, unless a state local law ordinance, or a direct order of a law enforcement officer requires a further distance;

3) Mr. Jordi shall not initiate direct or indirect contact with anyone known to him to provide reproductive health services, or with anyone visiting such a person to consult about or to obtain reproductive health services;

4) Mr. Jordi shall not knowingly affiliate, associate or be in contact with any organization that advocates violence, harassment or unlawful acts regarding reproductive health services, including but not limited to The Army of God;

5) Mr. Jordi shall not distribute any literature, photographs or publications produced or prepared by the Army of God.

6) The defendant shall have no physical contact with his ex-wife, Charlotte Jordi.

7) The defendant shall submit to a search of his person, by the U.S. Probation Officer, including conducting periodic unannounced searches of the defendant's person, property, house, residence, vehicles, papers, computer(s), other electronic communication or data storage devices or media, include retrieval and copying of all data from the computer(s) and any internal or external peripherals and effects at any time. The search may include the retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with other supervision conditions and/or removal of such equipment for the purpose of conducting a more thorough inspection; and to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use.

8) All conditions of Supervised Release previously stated in the Judgment and Commitment Order remain in full force and effect.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this 2nd day of November 2012.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc:  William White, AUSA
     Martin Roth, Esq.
     U.S. Probation Office